Dismissed and Memorandum Opinion filed July 5, 2007








Dismissed
and Memorandum Opinion filed July 5, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00489-CV

____________

 

IHSAN SHANTI, M.D. AND SHANTI PAIN
AND

WELLNESS CLINIC, P.A., Appellants

 

V.

 

GEORGE PALACIOS,
Appellee

 



 

On Appeal from the 165th District
Court 

Harris County, Texas

Trial Court Cause No. 2006-79729

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 16, 2007.  On June 19, 2007, appellants
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed July 5,
2007.

Panel consists of Justices Anderson, Fowler, and Frost.